FILED
CLERK, U.S. DISTRICT COURT

FEB 23 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS IRVIN BROWN, | No. EDCV 04-611-SVW(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| DERRAL ADAMS, (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and dismissed with prejudice.

DATED: 10/22/08

STEPHEN V. WILSON
United States District Judge